

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00130-CV

**IN THE INTEREST OF A.I.R.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01844
Honorable Kimberly Burley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's February 13, 2024 Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED August 7, 2024.

_____
Beth Watkins, Justice